```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   JACKSON DIVISION
```

JERRY W. CUTRER, SR., LENA S. GUYTON,
NONA WALKER, JANICE HUFF, FRED
LUCKETT, JR., SUSAN HAMMETT,
RONALD W. KINSEY, MELISSA E. KEMP,
CATHY B. WEBB, CAROLYN STERLING, and
JOHN LOWRY                                          PLAINTIFFS


VS.                           CIVIL ACTION NO. 3:07cv701TSL-JCS


H.S. "BUTCH" McMILLAN, SHEILA BROWNING,
JO ANN SUMMERS, and CANDICE WHITFIELD               DEFENDANTS

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiffs' complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 14th day of July, 2008.


                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE